No. 99–9465. MILLER v. LEONARD, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 99–9477. GREENIDGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9478. DIXON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1249. AT&T CORP. ET AL. v. CINCINNATI BELL TELEPHONE CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1612. RAGSDALE, TRUSTEE OF THE ESTATE OF MILLER v. RUBBERMAID, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.